UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
98 JAN 15 PM 1:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, | } | |
| Plaintiff, | } | |
| v. | } | CASE NO. CV 97-B-1319-NE |
| DONALD W. WIDNER, | } | |
| Defendant. | } | |

ENTERED
JAN 1 5 1998

## MEMORANDUM OF OPINION

Before the court is the defendant's Motion to Stay or Dismiss this action. The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion is due to be granted and this complaint is due to be stayed, in anticipation of the reinstatement of the state court case. An appropriate Order will be entered.

DONE this 15th day of January, 1998.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
United States District Judge

10